UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD HOWARD,<br>    Plaintiff,<br><br>vs.<br><br>GARY HILL,<br><br>    Defendants.<br>_____/ | 3:03-cv-00493-HDM-RAM<br><br>ORDER ADOPTING<br>MAGISTRATE JUDGE'S<br>REPORT AND<br>RECOMMENDATION |

    The court has considered the report and recommendation of the United States Magistrate Judge (#47) filed on August 10, 2006, in which the Magistrate Judge recommends that this court enter an order denying plaintiff's motion for summary judgment (#27).  No objections to the report and recommendation have been filed and the time for filing any objections has expired.  The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

    ADOPTS AND ACCEPTS the report and recommendation of the United States Magistrate Judge (#47). Therefore, plaintiff's motion

for summary judgment (#12) is denied.

It is so ORDERED.

Dated this 5th day of September, 2006.

*Howard D McKibben*
UNITED STATES DISTRICT JUDGE

2