**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| REGINALD C. HOWARD, | ) | 3:03-cv-00493-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| GARY HILL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (#56) filed on December 15, 2006, in which the Magistrate Judge recommends that this court grant in part and deny in part defendants' motion for summary judgment (#43). Plaintiff opposed defendants' motion (#48), and defendants replied (#52).

The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court

1

1  hereby

2  ADOPTS AND ACCEPTS the report and recommendation of the
3  United States Magistrate Judge (#56).

4  Accordingly, the defendants' motion for summary judgment (#43)
5  is (1) **GRANTED** as to plaintiff's claims under Nev. Rev. Stat. §
6  200.471 in Counts I and II; (2) **GRANTED** as to plaintiff's Eighth
7  Amendment claims against Defendant Goble; (3) **DENIED** as to
8  plaintiff's Eighth Amendment claims against Defendant Hill; (4)
9  **DENIED** as to plaintiff's Count II claim of infringement on his
10 First Amendment rights; (5) **DENIED** as to plaintiff's Fourteenth
11 Amendment claims relating to the alleged excessive force; and (6)
12 **GRANTED** as to plaintiff's Fourteenth Amendment claims relating to
13 the alleged violation of plaintiff's rights during the disciplinary
14 procedure following the June 30, 1999, incident.

15 **IT IS SO ORDERED.**

16 DATED: This 22nd day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE

2