UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| REGINALD C. HOWARD, | ) | 3:03-CV-493-HDM (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | July 31, 2007 |
| | ) | |
| GARY HILL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   FRANK JUSTILIANO          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Plaintiff has filed a Motion for Court Order Photo Copies (Doc. #70). Defendants have responded with a Notice of Non-Opposition to Plaintiff's Motion to Extend Prison Copy Work Limit (Doc.#71).

Plaintiff's Motion for Court Order Photo Copies (Doc. #70) is GRANTED. Plaintiff will be given an extension of indigent copy work privileges, an additional Forty ($40.00) Dollars, for the purposes of permitting Plaintiff to prepare for trial.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:         /s/
         Deputy Clerk